*Issued*

# United States District Court

_____WESTERN_____ **DISTRICT OF** _____NEW YORK_____

UNITED STATES OF AMERICA

v.

MARIAN ASENOV PENEV

## WARRANT FOR ARREST

CASE NUMBER: 06- *mj-512*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Marian Asenov Penev_____
Name

and bring him forthwith to the nearest magistrate judge to answer a

( )Indictment  ( )Information  ( X )Complaint  ( )Order of Court  ( )Violation Notice  ( )Probation Violation Petition

charging him with using an interstate facility to attempt to persuade, induce or entice another individual under 18 years of age to engage in any sexual activity for which the person could be charged with a criminal offense,

in violation of Title _____18_____ United States Code, Section _____2422(b)_____

Hon. Jonathan W. Feldman
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

January 1**7**, 2006    Rochester, NY
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____
LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____