# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
MARIAN ASENOV PENEV

**WARRANT FOR ARREST**

CASE NUMBER: 06- mj-512

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Marian Asenov Penev_____
Name

and bring him forthwith to the nearest magistrate judge to answer a

( )Indictment ( )Information ( X )Complaint ( )Order of Court ( )Violation Notice ( )Probation Violation Petition

charging him with using an interstate facility to attempt to persuade, induce or entice another individual under 18 years of age to engage in any sexual activity for which the person could be charged with a criminal offense,

in violation of Title __18__ United States Code, Section __2422(b)__

| | |
|---|---|
| Hon. Jonathan W. Feldman | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | January 19, 2006  Rochester, NY |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 1/19/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/19/06 | SA Jason S. Fruett | [signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____
LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____