# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

MARCH 2005 GRAND JURY
(Empaneled 3/16/05)

**THE UNITED STATES OF AMERICA**    06-CR-

*-vs-*                              **INDICTMENT**

**MARIAN ASENOV PENEV**             Violation:
                                    18 U.S.C. § 2422(b)

### COUNT 1

**The Grand Jury Charges:**

Beginning in or about early September 2005 and continuing until on or about December 26, 2005, in the Western District of New York and elsewhere, the defendant, MARIAN ASENOV PENEV, did use a facility and means in interstate commerce to knowingly attempt to persuade, induce and entice an individual he believed to be less than 18 years of age to engage in sexual activity for which any person could be charged with a criminal offense, in that the defendant caused electronic communications to be sent via the internet in interstate commerce to an individual he knew was a 13 year-old female in the Rochester, New York area.

The sexual activity which the defendant attempted to persuade, induce and entice the individual to engage in would constitute a criminal offense in New York State, namely, a violation of one or more of the following sections of the New York State Penal Law: Section 130.30 (Rape in the Second Degree);

Section 130.45 (Criminal Sexual Act in the Second Degree); and Section 130.60 (Sexual Abuse in the Second Degree).

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED: Rochester, New York, January 26, 2006.

                            KATHLEEN M. MEHLTRETTER
                            Acting United States Attorney

                  By:  S/RICHARD A. RESNICK
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        Western District of New York
                        620 Federal Courthouse
                        100 State Street
                        Rochester, New York 14614
                        (585) 263-6760, ext. 2241

A TRUE BILL:

S/Foreperson