Document removed due to inclusion of

Minor's name pursuant to verbal

Instructions from chambers

Document maintained in sealing envelope

in Clerks Office