# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

MARCH 2005 GRAND JURY
(Empaneled 03/24/05)

**THE UNITED STATES OF AMERICA**            06-CR-6009CJS

-vs-                                        SUPERSEDING INDICTMENT

**MARIAN ASENOV PENEV**                     Violation:
                                            18 U.S.C. § 2422(b)

### COUNT 1

**The Grand Jury Charges:**

Beginning in or about early February 2005 and continuing until on or about December 26, 2005, in the Western District of New York, and elsewhere, the defendant, MARIAN ASENOV PENEV, did, by causing electronic communications to be sent via the internet to an individual he believed was a 12 year old female and then a 13 year old female, use a facility and means in interstate and foreign commerce knowingly to persuade, induce, and entice, and to attempt to persuade, induce, and entice, an individual, he believed to be less than 18 years of age, to engage in sexual activity for which he could be charged with a criminal offense under the laws of the State of New York, namely, a violation of one or more of the following sections of the New York State Penal Law: Section 130.60 (Sexual Abuse in the Second Degree); Section

130.45 (Criminal Sexual Act in the Second Degree); and Section 130.30 (Rape in the Second Degree).

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED: Rochester, New York, October 4, 2006.

>TERRANCE P. FLYNN
>United States Attorney
>
>By: s/ RICHARD A. RESNICK
>Assistant U.S. Attorney
>United States Attorney's Office
>Western District of New York
>620 Federal Courthouse
>100 State Street
>Rochester, New York 14614
>(585) 263-6760, ext. 2241

A TRUE BILL:

s/ Foreperson