**UNITED STATES PROBATION
AND PRETRIAL SERVICE**

## MEMORANDUM

**DATE:** March 5, 2007

**TO:** Charles J. Siragusa
U.S. District Judge

**FROM:** David B. Spogen
U.S. Probation Officer

**SUBJECT:** PENEV, MARIAN ASENOV
Docket #: 06-CR-6009

RECEIVED
MAR 0 7 2007
CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

The presentence report on the above captioned defendant has been completed and was sent to the attorneys on February 21, 2007. There was a delay in getting the report out, as I was waiting for victim impact statements. As such, at the request of Donald M. Thompson, the defendant's attorney, I am requesting a 30 day adjournment in sentencing.

ADJ TO 4/17/07 AT 3 P.M.

SO ORDERED.

CHARLES J. SIRAGUSA
U.S. District Judge
DATE 3-7-07