IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          -v-

MARIAN ASENOV PENEV,
              Defendant.

06-CR-6009CJS
_____

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

    The United States of America, by its attorney, Terrance P. Flynn, United States Attorney, Richard A. Resnick, Assistant United States Attorney, of counsel, adopts the findings of the revised Presentence Investigation Report dated May 3, 2007.

    DATED:    Rochester, New York, May 7, 2007.

                                Respectfully submitted,

                                TERRANCE P. FLYNN
                                United States Attorney

                    By:  s/ RICHARD A. RESNICK
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           620 Federal Courthouse
                           100 State Street
                           Rochester, New York 14614
                           (585) 263-6760, ext. 2241
                           richard.resnick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

                                        06-CR-6009CJS

MARIAN ASENOV PENEV,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

Donald M. Thompson, Esq.

                                                  s/ KIM M. PETTIT