January 18, 2006

To Whom It May Concern:

We wanted to write this letter to you about our daughter's coach Marion Penev. Our daughter, Bailey Stehler, started at Penevs a little over a year ago. Bailey started just taking a class and then moved up to Pre-Team with Marion. She had to start going three days a week. Bailey was seven at the time and we were not sure if she would want to or could handle it. We left the decision to her and as long as she was enjoying what she was doing we would let her do this. Bailey loves coming each and every time. She has been treated with discipline, encouragement, and much care. I stay most often and watch these practices. Bailey always has a smile on her face. The high fives when she accomplishes something that she has been working on just lights up her eyes. She respects Marion and listens to his advice and training. I have seen nothing but professionalism by Marion and each and every employee. They care about these children and want to see them succeed but also always put safety first. If any parent has a concern or question Marion has always been there to ease our minds and answer our questions. He is a wonderful coach. We as parents believe in his coaching ability and trust him immensely.
We hope that our input is taken into consideration when looking over this case.

Thank you,

Heather and Carl Stehler

*Debra A.Burkovich*
*6 Landmark Lane*
*Pittsford, NY 14534*

*February 1, 2006*

*To Whom It May Concern:*

*I am writing in support of Marian Penev. I have known Marian and his family for the past 10 years.*

*My background in gymnastics began in junior high school and as a collegiate scholarship gymnast from 1972-1981. I began instructing gymnastics as a volunteer at the age of 13 in 1972 and teaching at the age of 15. I am still involved as a coach and program director today at the age of 46. I have a BS, MS +30 post-graduate hours and am certified as a physical education teacher, special education teacher, elementary and math teacher with 15 years of public teaching experience.*

*As an employee of Marian Penev I have come to know a man whose personal integrity, values and morals is above reproach. He has been an inspiration to me personally as a coach and to his gymnasts.*

*As a former athlete of extreme skill, he is also gifted in the area of instruction from pre-school age children through nationally ranked gymnasts who have received collegiate scholarships.*

*As coach, Marian relates to his athletes with enthusiasm, encouragement and a depth of knowledge that few possess. He not only coaches gymnasts, he also teaches life lessons such as respect, honesty and the value of hard work. I have often heard him say to a gymnast, "Later in life when times are difficult for you, will you quit? Or will you persevere and keep trying.*

*Marian is an inspiration to both his staff and his gymnasts.*
*He is a knowledgeable man of high standards and personal integrity. He is an exceptional spotter who spots when needed.*

*As his employee, I have only the utmost respect for him. He leads by example and willing shares his knowledge with his staff.*
*As a coach, I have only ever seen a man with a love of gymnastics whose conduct has been beyond demonstrates a moral and ethical character standard is above reproach.*

*I have been involved in the sport of gymnastics for the past 31 years as an instructor, coach and program director attest without reservation to Marian's character.*

*Sincerely,*

*Debra A Burkovich*

*Debi A. Burkovich*
*Program Director Penev's Gymnastics*

March 14, 2006

To Whom It May Concern,

Through my wife Debi's association with the sport of gymnastics, I have known Marian Penev for approximately 10 years now and I have never had an occasion to question his honesty and/or integrity in that time. During those years I have seen him at both his gym and at various team celebrations with his gymnasts and saw firsthand the respect and camaraderie they had for each other.

I have also been around Marian when I have volunteered my time to help out with the computer scoring at Penev's sponsored meets and in general with helping out at the gym. I have been very impressed with how hard and dedicated a worker Marian was concerning his business and position as a coach. He has always treated me well and I really respected what he and his wife Youlia were able to accomplish as they started from scratch to build a new life and business in this country.

I believe that these observations help contribute to my belief in Marian as an honorable person and a professional gymnastics coach.

Respectfully yours,

Robert A. Burkovich
Staff Engineer
Johnson & Johnson Co.

This letter is to express our (my wife and I) opinion of Marian Penev based on our observations and interactions with Marian Penev since around November 2004. We met Marian back in November of 2004 when my daughter started to take gymnastics at Penev's Gymnastics. My daughter has been training at Penev's Gymnastics three times a week since November 2004. Marian has been my daughter's coach since the beginning. My wife and I have had the chance to observe many of my daughter's practice sessions. We can honestly say that we are extremely impressed and very satisfied with the high professionalism, enthusiasm, respect and dedication that Marian, his wife Youlia and the rest of the staff have always demonstrated. My daughter loves to go to Penev's Gymnastics. She says that Marian is very nice, great coach and funny. During the many times that we have been present during practice we have never seen Marian being disrespectful towards my daughter or any of the other girls. Again, my wife and I feel very fortunate that Marian is coaching my daughter. He has demonstrated to have everything that a good person and a good coach should have to help my daughter to become the best gymnast that she can be.


Sincerely


Eric & Maria Murray

January 14, 2006

To Whom It May Concern:

This letter is a character letter for Marian Penev to be used as part of the legal process between Marian Penev and the family of a former student of Penev's Gymnastics.

Four months after Oni Timothy's third birthday she enrolled in Penev's Gymnastics recreational class (Marian was the class instructor.) After about a year, because of the skills she acquired, she joined the Hot Shots (pre-team.) There were exactly two reasons for us accepting this position on Oni's behalf :(1) Marian's interaction with the toddlers and (2) his wife and, at the time, his child was visible in the gym. Over the next two years, our daughter Oni would have several different coaches and very little interaction with Marian. However, his presence in the gym assured us of our child's safety.

In December, Oni celebrated her tenth birthday. During this period, the amount of time Oni trained with both Marian and Youlia increased to several times a week for several hours per day. During the annual summer camp, she trained with Marian and Youlia almost daily. Although Oni spent several hours in the gym about five times a week, we trusted that both Marian and Youlia's enthusiasm and knowledge of the sport would keep Oni safe from any injuries. Oni is extremely proud of her abilities as a gymnast. I strongly believe that Oni's relationship with Youlia (and Marian) is a positive relationship. Her conversations, positive or negative, always focused on Youlia. However, she is always happy when she gets a "high-five" from Marian. She is enthusiastic about her practice and liked to arrive early whenever possible.

Consequently, our impression of Marian over the years developed into respect and admiration for the gym's growth and prominence as well as the strong family ties demonstrated in the Penev family. Marian's wife being both a co-owner and a coach, his older son training many hours in the gym daily and their younger son appeared to be happy whenever present at the gym, was an indication of the cohesiveness of the family.

Presently, we hope that both families involved in the courts can find comfort in reading and meditating on the scriptures of the Holy Bible throughout the long process of healing.

Sincerely,

Lancelot and Jacquelyn Timothy



January 18, 2006

To Whom It May Concern:

I am writing this letter in support of Marian Penev. I have known Marian since 1998 when I began working as a coach in his gymnastics program. In the nearly eight years since my hire there I have come to know Marian not only as an employer and supervisor...but also as a friend and mentor.

In response to the allegations recently brought against Marian I can only describe my reaction as one of shock, dismay, and disbelief. In the time that I have known Marian I have found him to be one of the most professional, compassionate and ethical men I have ever had the pleasure of meeting.

As an employer I have found Marian exceptional. He manages the ongoing stress of his day to day coaching, supervising staff and running a successful business in a manner that can only be described as exemplary. I have known him for years to be one of the most fair and compassionate employers I have ever had. He expects only the best from everyone around him...and leads by example in a way that has created a network of staff and colleagues who have the utmost respect for him.

As a coach to our athletes I can only say that Marian has been an inspiration to me over the years. His love of our sport, and the athletes who participate in it, is profound. He has demonstrated an ability to inspire the very best out of our kids while maintaining an environment that is both structured and fun for everyone. Over the years I have seen children in our program grow and mature not only to become incredible athletes...but incredible people. His dedication to his athletes and their families, and their dedication to him in return, is apparent to everyone...and is nothing short of awe-inspiring.

As a friend I can only say I have known Marian to be the kind of man we should all strive to become---a friendly, compassionate and exceptional man who, both personally and professionally, demonstrates a standard of character that is above reproach.

In my life I have had opportunity to know and work with many people, from many life experiences and I can say, without reservation, that I hold Marian in nothing but the *highest* regard.

Sincerely,

Erik Libey

Erik Libey

To Whom It May Concern;

My husband and I are writing this letter in support of Marian Penev, who coached our daughter, Hanna, in the 'Hot Shot/Pre-Team' program at Penev's Gymnastics Center. Our daughter attends classes 3 times a week, which has given us a lot of opportunity to observe the interactions between the children, Marian, and the other coaches. We also have a 13-year old son on the boy's team, which brings us into the gym another 3 days a week.

The gym has always been open and accommodating to parents who wish to stay and observe classes, and at no time have we ever seen anything other than appropriate, professional behavior from Marian. Marian is a skilled coach who has gained our respect and admiration. Personally speaking, his presence at the gym is missed.

We hope that this is helpful, and if there is anything else we can do, please don't hesitate to contact us.


Respectfully,

Karen and David Gooding
352-3954 (home)
739-5763 (cell)

**Brittany Jencik**
**202 Millford Crossing**
**Penfield, NY 14526**

January 15, 2006

To whom it may concern,

My son has been attending Penev's Gymnastics facility for over three years now. We had previously belonged to another gym in the area that had an excellent reputation. Friends of ours, however, convinced us to go look at Penev's and we reluctantly agreed. Within the first ten minutes of our meeting, we were impressed and convinced that our son should be at their gym. During our meeting, we met my son's current coach, Ivo, and we met Marian Penev. In all the time we attended the other gym, we had very little contact with the owner and what contact there was ended up being unpleasant. Marian was so welcoming. He was friendly and encouraging and took all the time we needed answering questions and providing information. It ended up being quite late when we left the gym, but there wasn't a doubt in our minds that we would switch our son.

Over the last three years, Marian has been a constant source of support for the staff, the kids and the parents. Marian is very approachable and will always take all the time needed to answer questions or ease fears. He works the children hard, but always does it with a smile and with a positive attitude. I respect the way he deals with the kids and have always admired his genuine personality as well as his professionalism. I have always seen Marian as an asset to this gym as well as a major contributing force to its wonderful staff and its enormous success. Penev's Gym has provided my son and our family with an irreplaceable experience and we will continue to support them throughout this process and in all their endeavors.

Sincerely,

*Brittany Jencik*

Brittany Jencik

January 25, 2006

To whom it may concern:

Marian Penev has been my 12 year old daughter's coach for about 4 years now. He has always made safety a priority, never pushing her to perform any moves that might be too difficult and result in injury. He has always been an absolutely wonderful coach.

Even in light of the seriousness of the charges against him, I continue to believe that Marian Penev is no threat to the community.

Laura Gardner

# Character Reference Letter

01/16/2006

To whom it may concern

**Venelin Tchamov**

I have known Marian Penev for 5 years as a gymnastic coach and as a friend.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Furthermore, I highly honour his nobility and generosity as a friend, and his professionalism and incredible communication skills as a coach. Marian is very well organized, efficient and extremely competent with his job. It is my impression that all of the gymnasts love the gymnastics more because of Marian. This can be seen by the exceptional results they show during competitions.

I have a daughter taking classes at Penev's gymnastics twice a week. I have the opportunity to watch practices, to listen how Marian is coaching and to see how the gymnasts not only build competitive skills but also grow as personalities. I often meet Marian outside the gym and from our conversations I can say that he is deeply concerned about gymnasts' skills and the progress they make. I am sure that Marian's contribution to our community is tremendous.

For your information, I have master's degree in Engineering Physics and I work as an Information Analyst in Electronic Data Systems.

Yours faithfully

Venelin Tchamov

January 16, 2006

To Whom it May Concern:

I have known Marian Penev for over six years.  I am a gymnastics instructor/coach and have been working for Marian and Youlia for over four years.  I also have four daughters, who have all attended Penev's gymnastics, two of whom are on pre-team.  Marian is a great person to work for, and my daughters all have enjoyed their gymnastics experiences at Penev's.

Sincerely,

Jill Nobles

January 18, 2006

Greg and Cher Fosco
3239 Spragbrook Circle
Macedon, NY 14502

To Whom It May Concern:

We are writing in regards to the accusations against Marian Penev. Our daughter has
been a member of the Pre Team for the past two years with Marian as her coach. Marian
as always acted in a professional manner and as a dedicated coach. Our daughter looks to
Marian as her role model and we entrust Marian with her future as a gymnast. As parents,
we have never hesitated to think that our daughter was ever in any danger nor will we
begin to feel so now. Our daughter will continue to attend Penev's gymnastics and the
only fear we have as parents now is that our daughter may have lost a significant part of
her gymnastics future.

Sincerely,

Greg & Cher Fosco

January 18, 2006

To Whom it May Concern,

This letter is to state my opinion of Marion Penev. I first met Marion at the Gymnastics Training Center in Penfield where I worked part-time coaching gymnastics. I worked with Marion for over 3 years at this gym, and when Marion and his wife left the Gymnastics Training Center to start a new gym the team was very upset since he is an excellent coach. He was well respected among all the coaches. I stayed for 8 more years at the Gymnastics Training Center and then decided to change gyms — and went to Penev's. My 8 year old daughter is in the program and I am a substitute teacher.

As an employee at Penev's Marion treated me respectfully and it was an honor to work with him. I would characterize Marion with the following adjectives: honest, hardworking, loyal, trustworthy, respectful, shy, focused, and gifted.

Sincerely, Mary Ellen McGraw

**Ivaylo Grahovski**
**27 Putting Green Lane**
**Penfield, NY  14526**

**1.585.381.7042**

To Whom It May Concern:

I have known Marian Penev since 1988 when we were team-mates on the Bulgarian National Team.

I have worked for Marian as the Head Boys Team Coach and class instructor since 2001.  I have also known his family for the last 5 years.

Marian is a man who has great knowledge, very high morals and personal ethics. I have experienced this both as a team-mate and employee.  I am grateful for the opportunity I have had to have worked for him as his employee.

Observing Marian as a coach, I have the highest respect for him, his knowledge, coaching skills and how he relates to his gymnasts.  He is positive and encouraging to his gymnasts and he has respect for his gymnasts as do his gymnasts have respect for him.

Marian is an inspiration for me, his gymnasts and his staff.

Sincerely,

Ivaylo Grahovski

January 15, 2006

To Whom It May Concern:

I have known Marian Penev for four years.

He has been my daughter's gymnastics instructor/coach for this time period.

At all times I have found Marian to be honest, dependable, hard-working, professional and someone I have trusted to teach and care for my daughter.

I am happy to provide further information if needed.

Sincerely yours,

*Laura Regan*

Laura Regan
Parent of Lindsay Regan, team member at Penev's Gymnastics

Beth M. Hendrickson
P.O. Box 22
120 Smith St.
Mumford, New York 14511

Personal Reference for Marian Penev                January 17, 2006
To Whom It May Concern:

I have had the privilege of knowing Marian Penev for the past nine years. The first
time I saw Marian was at a gymnastics meet. I was impressed by the teams work
ethic and the professional interactions I witnessed between him and the gymnastics.
As a result I transferred to Eastside Gymnastics for the privilege of training under
Marion. Marian has always treated me with courtesy and respect. I have always
had confidence and trust in his training methods and spotting techniques.

Currently I am an employee at Penev's Gymnastics. I work as an office assistant.
My job involves working in the office, answering the phone, answering questions,
staffing the front desk, preparing for gym meets, preparing mailings, taking
registrations as well as coaching some classes. My job allows me great access to
the athletes, the parents and to the staff. My position at the front desk gives me
visual sight of the gym as well as quick and frequent access to the team room.
I also am in full view of the competitive team members and view their interactions
with each other. The front desk is positioned at one end of the parents waiting
room. I see the interactions of all of the above and see Marian in all of his roles; as
a coach, as a parent to his sons, as a husband to his wife and business partner
Youlia, and as an employer . In all of these scenarios Marion has always displayed
strong, positive, and caring leadership. I have NEVER in my nine years at Penev's
witnessed any inappropriate interaction with any staff person, child, team member,
or parent.

As an employer, Marian has always conducted himself very professionally. He is
fair, respectful, caring, and concerned about students and employees alike. He has
been understanding to some health issues that I have; and has been willing to make
allowances both in scheduling and in work assignments. Over the years, Marian
has set a standard of professional conduct and a work ethic that causes me to look
up to him with respect.

Respectfully,  *Beth m. Hendrickson*

Beth M. Hendrickson

*Peter & Tania Gueorguiev*
*1026 Dundee Drive*
*Canton, MI 48188*
*(734) 397-8006*

January 18, 2006

To Whom It May Concern:

My name is Peter Gueorguiev. My wife Tania and I are sending this letter on behalf of Marian Penev. We have known Marian for 25 years. From the time we were young children in school together in Sofia, Bulgaria; through the many years of competitive gymnastics and even now as parents and still very close friends.

As kids growing up together, we always knew Marian as a bright, considerate, happy child. We spent a lot of time together; and in doing so, it was not hard to see that Marian came from a good, sound family environment. Still today, he and his siblings maintain a very close relationship.

As a young adult, Marian continued to display the same fine qualities he did as a young boy. Not only did we attend school (through college) with Marian we also competed with Marian and his wife, Julia on the Bulgarian National Gymnastics Team for at least 8 years. Marian was one of the top ranked athletes in Bulgaria as an International and World Champion.

Not only was Marian a fine athlete, he was also a member of the Bulgarian Armed Forces and from there, was named an honorable member of the Bulgarian National Police force.

Even now, Marian is one of the finest, most reputable gymnastics coaches in the United States. He and his wife have been successful owners and coaches of the Penev Gymnastics Club in Rochester, New York. As gym owners and coaches ourselves, we've had the honor and pleasure of working with Marian and his wife on several occasions. Marion has visited our club and has worked with our gymnasts and on each occasion, has always conducted himself in a very safe and professional way.

Even though our lives have taken us in different cities on the map, our families see each other at least to 4-5 times a year.  Our friendship is stronger today that it was years ago. Our children have grown up together as well.

If there is anything that you may need to know regarding Marian, please feel freel to contact us at any time.


Regards,

Peter & Tania Gueorguiev

## EURO STARS GYMNASTICS
## BOOSTER CLUB
9229 General Drive
Plymouth, MI 48170
(734) 737-9500

January 20, 2006

To Whom It May Concern:

On behalf of the Euro Stars Gymnastics Booster Club, we would like to express our sincere admiration for Marian Penev.

We have had the opportunity on several occasions to receive his expertise and knowledge in the art of competitive gymnastics. He has worked with our boys and girls competitive gymnasts and has displayed great professionalism. He is a courteous and very caring individual. Our team members have benefited greatly from his time and dedication he has given us.

If there is anything further, please feel free to contact us.

Sincerely,

Euro Stars Gymnastics Booster Club

January 31, 2006

To Whom it May Concern:

I am writing this letter in behalf of my friend Marian Penev. It has been brought to my attention that he is facing some rather serious charges. This has been difficult, not only for Marian and his family, but for all that know him. I have known Marian for over 20 years. We competed in the same club and on the National Team for our home country of Bulgaria. Marian was more than a fellow team-mate to me, he was also my friend, and still is. We have continued to stay in touch and visit each other since coming to the United States. We have remained very close.

It breaks my heart to see such a good person suffer as Marian is doing now. I believe in my friends innocence. I don't know how it has been possible to charge such a good person with such a heinous crime. I would like to take this opportunity to let you know that Marian is a man that I trust with all my heart and soul. He has been like a brother to me and I would trust him to watch my own daughters ages 6, and 16. I would not hesitate if I needed help to call him, because I know he would be there for me to support me and help me in any way that he could. He is a great man, who is interested only in helping others. Marian would never hurt anyone, especially a child. Marian has spent his life helping children become the best gymnast that they can become. He has been dedicated to teaching confidence, hard work, self discipline, and success. He has done his job well, and has many successful former students to show for this.

I hope that the investigation will go on so that Marian's name can be cleared, and when these charges are shown to be fraudulent, I hope that the correct person will be punished.

In closing I would just like to say again, I have total and complete faith in my friend, Marian Penev, and I have no doubt that he is innocent of the crimes which he is accused. I will stand beside my friend in his time of need, as he would stand beside me. My family has also asked me to relay their support of Marian too. We all believe in him and we believe that the justice system will set him free.

Sincerely,

Mitko Iliev and Diliana Angelova - Owners/Operators Maple City Gymnastics

From: Gantcho Totkov
3725 Kehoe Rd.
Clinton, MI 49236
Telephone: (734) 358-3037
January 29, 2006

To whom it may concern:

I'm writing this letter on behalf of Mr. Marian Penev. I have known him since 1978 when he got recruited from his home town of Turgoviste to the gymnastics club, Levski, Sofia. For all the years that I have been an athlete and a coach, I would like to say that I recognized Mr. Penev as a very responsible, diligent, and honest individual. I would also like to note that he was one of the best gymnasts competing for our club. Later, he was sent to be part of and represent the National Gymnastics Team of Bulgaria. Penev attended four World Championships some of which are: 1985 Montreal, 1987 Rotterdam, 1989 Stuttgart, and 1991 Indianapolis. In 1988 he went on to Seoul, South Korea to participate in the Olympic Games.

I, Gantcho Totkov, consider Marian Penev as a highly motivated and dedicated person to gymnastics. He created one of the most successful gymnastics clubs in the state of New York, where he resides. Penev's Gymnastics has created many national level gymnasts which have appeared in the USAG magazine as some of the best gymnasts in the nation.

Marian Penev and I have been friends for a very long period of time. He has always been a great father, husband, and a friend to everyone. His experience in the gymnastics business has helped me to construct my own gymnastics club, BG World Class Gymnastics. I am very grateful to have received his advice and professional opinion. Marian Penev is an outstanding individual who I respect and I am glad to have his friendship.

For any questions or concerns please contact the number listed above.

Sincerely,

Gantcho Totkov

Date :02/03/06

**To Whom It May Concern:**

Re: **Marian Penev**

The situation, in which Marian Penev is placed now, evokes many questions, issues, emotional involvement and personal opinion among his friends.

I was fortunate enough to know Marian since he was 7. We practiced in the same gym and lived in the same town in Bulgaria. In addition, his brother Ivo was my classmate. Marian's family was respected and valued. His father was a well known sports journalist in Turgoviste, Bulgaria.

Marian had the potential to be a skilled gymnast and at age 12 he was a member of the Junior National Team in Bulgaria. Among the gymnastics community, he is recognized as a hard working gymnast, a respectful and helpful person.

In America, I had the opportunity to be in contact with Marian who gave me a sense of support and safety. During competitions, he was able to help me even he was busy with his team. In fact when delayed for a competition, due to a winter storm, Marian took care of my team until I arrived. He took care for my daughter during varies stages in her gymnastics career.

As an American citizen, Marian has developed strong, qualitative and high level gymnasts for America. Every one, who is involved in gymnastics, holds in high regard the Penev's team! Marian has had gymnasts on the National level for the last 10 years. He has always exhibited a high level of professionalism and his conduct while coaching his gymnasts has been exemplary.

However, the information from different newspapers and local TV programs cast a shadow of doubt on Marian's reputation. There are many made up stories and fabrications. Knowing Marian for many years, I am positive that he would not put his family and success in jeopardy. The recent accusations are undeserved and in my opinion quite impossible to believe. It seems that someone with destructive intentions has conspired to tear apart Marian's fine work and reputation. The game became political which makes me think that the whole situation was well planed a long time ago.

In conclusion, I believe Marian is not involved in any manner with the alleged misconduct. I hope that the evidence will be uncovered proving that he was unfairly and falsely accused.

If you have any questions and concerns, please feel free to contact at (845) 208-3837.

Galia Spassova
113 Lake Baldwin Dr.
Mahopac, NY 10541

February 09, 2006

To Whom It May Concern,

     I have known Marian Penov for 20 years. We first met in 1986 at the National Gymnastics Training Center in Sofia, Bulgaria. We competed together in gymnastics and I greatly respect him in many ways. He was a dedicated and hardworking athlete, a supportive and compassionate teammate, and we have been life long friends.

     Marian is a trustworthy friend, husband and father of two children. Professionally, he is a person I would feel confident to coach any of my athletes. Personally, as a father myself of a 14 year old daughter I would trust him with her in any capacity.

     I know Marian to have an impeccable reputation as an athlete, coach, friend, father and husband. He is very polite and sensible. He has a loyal dedication to the sport of gymnastics and has developed a strong and accomplished gymnastics program in Rochester, New York. He has owned and operated this program successfully with his wife who he has happily been with for 18 years.

If you have any questions or concerns please contact me at your convenience. I am available by cell phone at (503) 453-3583.

Sincerely,

George Kostadinov

February 09, 2006

To Whom It May Concern,

Marian Penov and I are former teammates from the National Gymnastics Training Center in Sofia, Bulgaria. I have known Marian for over 20 years. He was a very smart and self-motivated athlete, a productive student, and a thoughtful friend and colleague.

As a professional coach in USA Gymnastics he successfully owns and operates an ethical and commendable gymnastics center in Rochester, New York. Marian is and has been a dedicated coach for many years. He treats his athletes with tremendous respect and concern. He is a careful gym owner and coach.

I myself, as a respected gymnastics coach admire and value his work with athletes. He has been an honest friend, a trusted husband and loving father for as long as I have known him. I consider him a true gentleman in every sense of the word.

Thank you for your time, if I can be of any further assistance please contact me at (360) 609-1534

Sincerely,

Ivan Alexov

March 24, 2006

To Whom It May Concern:

My Name is Elana Todorova. I have been a gymnastics coach for 32 years now. For the first 23 years of my career a worked in Bulgaria and for the last 9 years I have been employed coaching at Hill's gymnastics in Gaithersburg, MD.

I have known Marion Penev since 1980 while I was employed as a coach in the same gym that he was practicing and competing for the Bulgarian National gymnastics team. I have always admired Marian's dedication, discipline and love of the sport of gymnastics. I have also known him as a person who has conducted himself with great courtesy and respect for others. Marian is a good husband, fathers and a very attentitive and knowledgeable coach.

The last time I had seen Marian at national competition I was impressed with the professionalism and discipline he and the gymnasts in his program displayed and the amount of respect the showed back to there coach. OF all the Bulgarian coaches that I know who have moved to the United States Marian is one of the most successful, not only as a coach, but also as a business owner, family man and respected member in the society he lives.

Sincerely,


Elena Todorova

**Ivan and Luba Mihaylov**
6402 Skyview Dr.
Houston, TX 77041

To Whom It May Concern:

My name is Luba Mihaylova. My husband Ivan Mihaylov, now disabled, and I have more than 35 years of experience as gymnastic coaches. We have worked in Bulgaria for Levski Spartak; in Mexico my husband become the coach of the Mexican Olympic team, and we owned a private gym. We have been living and working in USA for 9 years. Both of us have been awarded twice as Best Coaches of the year in Texas. I am currently employed at Bill Austin's Gymnastics.

We first knew Marian Penev as a gymnast. He was extremely dedicated and he worked very hard to improve his skills. Marian become a member of the 1988 Bulgarian Olympic team competing in Seoul Korea. He trained every day at the same gym where my husband was coaching. For many years my husband would see Marian every day for almost all day long.

Marian married Yulia Hristova which at that time was my husband's gymnast. My husband care for her as her own father would. We were very happy with their marriage! That is how we met with the grown Marian Penev- the husband and father. His family became his first priority and it has been ever since. In his goal to provide the best for his family, Marian, as many of us, came to the USA, following the American dream.

We are so proud of the success and respect that Marian and Yulia have achieved in their profession. To be a successful coach in the profession of gymnastics, one must have discipline; it demands the respect and the trust of the gymnasts and their parents. Because of their impeccable professionalism, Marian and Yulia were able to build such a successful carrier. Marian Penev established Penev's Gymnastics in Rochester, NY. Everyone in Texas who has had contact with Marian and Yulia has had nothing but good things to say about them as individuals and as gymnastics professionals. I am a mother of two, now grown girls. But if I was to choose a coach for my daughters, Marian would be my first choice.

We have known Marian and Yulia since they were little kids, and we saw their growth, their achievements, and their success. We have no doubt that Marian is a person of impeccable character and integrity who would never engage in any immoral or dishonest activity. We believe in his innocence. I am writing this letter on Marian Penev's behalf, with hope that it will reach out to the truth. We have faith that he will continue to work and contribute to the society.

Sincerely,

Ivan and Luba Mihaylov

713-983-8757

Plamen Todorow, MD
2204 West Chapel Pike
Marion, IN 46952

To Whom It May Concern:

Dear Sir or Madam:

    I am writing on behalf of Mr. Marian Penev. My name is Plamen Todorow, and I am an employed neurologist in the state of Indiana. I have had the dispensation to be acquainted with Mr. Penev, who is from my native homeland of Bulgaria. Mr. Penev was a member of the Bulgarian National Gymnastics Team when I was the foremost physician of this faction.

    Marian was an eminent athlete, winning numerous national and international awards. In addition to his exceptional sporting abilities, he has always demonstrated his responsible and forthcoming character. As a result of his steadfastness, maturity and dependable work ethic, he is highly respected by his coaches, teammates and leaders of the National Gymnastics Team.

    To my knowledge, he has never conducted himself in a dreadful attitude toward anyone around him and he is one of the most admired Bulgarian athletes of his time. In detail, I am not familiar with his current problems. Nonetheless, I would like to believe in his innocence and the impartial handling of his case by the court of law.

    Finally, I aspire that he will be reinstated in the society of his new homeland, of which he has dreamed of for so long, a society in which he has had the possibility to partake in and have a privilege to work for.

Thank you for your time and consideration.

Sincerely,

Plamen Todorow, MD

Hrabrina Spencer
323 CherokeeTrail
Huntington, WV 25705

March 9, 2006

To Whom It May Concern:

I am writing this letter on behalf of Marian Penev. My name is Hrabrina Spencer and I am a co-owner and vice president of Gym Nest Inc in Huntington West Virginia.

I first met Marian Penev and his future wife Yulia in 1985 when my father received a job as a gymnastics coach at club Levski Spartak in Sofia, Bulgaria where Marian and Yulia were already members of the gymnastics team. Yulia became my teammate and my best friend. I spent every day in the gym training at the same time as Marian and the men's competitive team. We trained together, ate three meals a day together, traveled to and from competitions together, we all grew very close. I know them as well as my own family.

Marian and myself were members of the 1988 Bulgarian Olympic team competing in Seoul Korea. We shared many great moments together while training as teammates and as friends. During his time on the National team Marian Penev had shown outstanding academic and athletic achievement and was a great roll model for the younger students as well as his own peers.

In 1991 Marian, my own father and a few of the other National team members received job offers in the United States following the World Gymnastics Championships in Indianapolis, IN. After much sacrifice and hard work my father was able to bring myself and the rest of our family to the United States where we currently own a gymnastics business in West Virginia. Marian Penev was able to do the same and bring family to live with him where they eventually established Penev's Gymnastics in Rochester, NY.

I have been amazed at the respect and charisma that Marian and Yulia have achieved with the students they teach as well as their parents. Prior to owning their business they would have students traveling as far as two hours to train with them. There were also many students who followed them to new gyms as they changed employment with a few families even changing residence to be closer to their coach's place of employment.

I have lived in the United States since 1991 and am grateful that my best friends from my native country are here also. Myself my husband and two children spend summer vacations and holidays with the Penevs each year, as well as seeing each other in a professional manner at numerous gymnastics competitions throughout the years.

As a gym owner and coach I am in contact with gymnastics coaches, gym owners and athletes from all over the country. Everyone that I know who has had contact with Marian and Yulia has had nothing but good things to say about each of them as individuals as well as gymnastics professionals.

I have known Marian most of my life and know him to be a person of impeccable character and integrity who would never engage in any immoral or dishonest activity. I believe without a doubt that he is innocent and it is my hope that he will be redeemed in the society that he now calls home and will be able to continue work and contribute to that society in the future.

Thank you for your time
Sincerely,

Hrabrina B Spencer
Vice President
Gym Nest Inc

# IVAN IVANOV

120 Bayberry Hill Lane
Leominster,Ma 01453
(978)514 8832 H
(978)235 5092 Cell

Vankokremi@hotmail.com

March 2, 2006

To whom it may concern:

My name is Ivan Ivanov.I was born on the 26 of September,1974 in Provadia,Bulgaria.I was a professional gymnast,representing my country for more than 10 Years in more than 40 international competitions. Those are my highest achievements as gymnast:

1992 World Championships in Paris,France-12th Place on Floor

1992 Olympic Games in Barcelona,Spain-competitor,10th Place Team

1993 World Championships in Birmingham,England-8th Place on Floor

1994 World Championships in Brisbane,Australia-4th Place on Parralel bars,7th Place on Floor

1994 European Championships in Prague,Czech Republic-1st Place on Floor,4th Place Team

1994 World Championships in Dortmund,Germany-8th Place Team

1995 World Championships in Sabae,Japan-5th Place on Floor

1996 World Championships in San Juan,Puerto Rico-6th Place on Bars ,7th Place on Floor

1996 Olympic Games in Atlanta ,Georgia-4th Place on Floor ,4th Place on Vault,6th Place Team

1996 European Championships in Copenhagen,Denmark-5th Place on Bars

1998 European Championships in St.Petersburg,Russia-4th Place on Floor,4th Place Team

Currently ,I am coaching gymnastic in Westboro ,Massachusets,.I have been many times clinician at State,Regional and National level.

I am writing today for Marian Penev,whom I have known since 1990.I have been in the States since 1997. Since that time ,I have been working as gymnastics coach as well.We see each other all the time on bussiness and vacations.We are very close family friends.

.I can honestly say that the coaching expertise that he possess is a huge success .

His tremendous knowledge of gymnastics ,along with the way he relates and communicates with his students make him a great coach not only for his club ,but for the development in our region..

In a short time ,Marian has already made an impact on national level.This is a remarkable accomplishment in such a short time.It is obviously a testament to his coaching abilities and the way he works with people.

His dicipline ,hard work,great personality and good sence of humor ,made Marian one of my closest friends.

If I can be of any further assistance to you,please feel free to contact me

Sincerely,
   IVAN IVANOV